# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Ruh | 17906 | 4/3/97 | Affirmed |
| State v. Evans | 19241 | 4/4/97 | Affirmed |
| Perkin v. Administrative Director of Courts | 18465 | 4/4/97 | Reversed |
| State v. Kim | 18610 | 4/8/97 | Affirmed |
| Doe, In Re: Jane (DOB 5/23/91) | 17512, 17513 | 4/11/97 | Affirmed |
| Notartomaso v. Notartomaso | 19635 | 4/11/97 | Affirmed |
| Armbruster v. County of Hawai'i | 19197 | 4/16/97 | Vacated and Remanded |
| State v. Lanton | 18229 | 4/17/97 | Affirmed |
| First Hawaiian Bank v. Hayashi | 18211 | 4/18/97 | Remanded |
| Doe, In Re: Jane (DOB 1/11/91) | 18152 | 4/22/97 | Affirmed |
| State v. Kerr | 18495 | 4/22/97 | Affirmed |
| State v. Iaea | 17876 | 4/23/97 | Affirmed |
| State v. Stevens | 17791 | 4/23/97 | Affirmed |
| Palalay v. State | 17670 | 4/24/97 | Affirmed |
| State v. Rogers | 18705 | 4/24/97 | Affirmed |
| State v. Konishi | 18670 | 4/24/97 | Affirmed |
| State v. Eiserman | 18566 | 4/24/97 | Affirmed |
| State v. Drane | 18334 | 4/25/97 | Reversed and Remanded |
| State v. Peltier | 18105 | 4/25/97 | Affirmed in part and Reversed in part |
| State v. Graf | 18048 | 4/28/97 | Affirmed |
| Trenhaile v. State | 19159 | 4/28/97 | Affirmed |
| State v. Kahumoku | 19140 | 4/28/97 | Affirmed |
| State v. Ronquillio | 19012 | 4/28/97 | Affirmed |
| State v. Santana | 19170 | 4/29/97 | Vacated and Remanded |
| State v. Balisbisana | 18565 | 4/29/97 | Affirmed |
| State v. Westfall | 17871 | 4/29/97 | Affirmed in part, Vacated and Remanded |
| State v. Pa | 18895 | 4/29/97 | Affirmed |
| State v. Nowlin | 18107 | 4/29/97 | Affirmed |
| Hance–Lewis v. Lewis | 18117 | 4/29/97 | Affirmed in part, Vacated and Remanded in part |
| State v. Pascua | 18710 | 4/29/97 | Affirmed |